IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Toner, Jeffrey J.
Toner, Patricia A.
    Debtors : 18-14632

## ORDER

AND NOW, to wit, this 7th day of August, 2018, upon consideration of the foregoing Motion to Extend the Stay beyond the initial 30 day period under 11 U.S.C. Section 362 (c)(3)(b), filed by the Debtor's attorney IT IS HEREBY ORDERED and DECREED the the Automatic Stay in the above captioned matter shall remain in full force and effect as to all creditors who were served with the Motion or Notice of the Motion for the duration of this case unless the creditor after motion, notice and cause shown is granted an Order of Relief from the stay.

It is ordered that copies of this order be served by mail upon John L. Mc Clain, attorney for the debtor, the chapter 13 trustee.

BY THE COURT

_Magdeline D Co_____
JUDGE

John L. Mc Clain, Esquire
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Jeffrey J. and Patricia A. Toner
231 Farleigh Ct
Langhorne, PA 19047