## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Patricia A. Toner<br>         Jeffrey J. Toner<br><br>                              Debtor(s)<br><br>MidFirst Bank<br>                              Movant<br>           vs.<br><br>Patricia A. Toner<br>Jeffrey J. Toner<br>                              Debtor(s)<br><br>William C. Miller Esq.<br>                              Trustee | CHAPTER 13<br><br><br>NO. 18-14632 MDC<br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Response to Motion to Approve to Sell Real Property of MidFirst Bank, which was filed with the Court on or about **August 9, 2018**.

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322

August 27, 2018