IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Toner, Jeffrey J.              : Chapter 13
    Toner, Patricia A.
        Debtors                 : 18-14632

### ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

**AND NOW,** this 28th day of August 2018, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

Debtor is authorized to employ Broker Century 21 Advantage Gold by its designated licensee and realtor, Brian Hodges for the purpose of selling their property located at 231 Farleigh Ctt., Langhorne, PA 19047.

BY THE COURT

Dated: August 28, 2018

_____
Magdeline D. C_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Toner, Jeffrey J.
Toner, Patricia A.
231 Farleigh Ct
Langhorne, PA 19047

Century 21 Advantage Gold
Brian Hodges. Realtor
494 Second Street Pike
Southampton, PA 18966

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106