United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey J. Toner  
Patricia A. Toner  
    Debtors

Case No. 18-14632-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: DonnaR      Page 1 of 1      Date Rcvd: Aug 28, 2018  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
db/jdb        +Jeffrey J. Toner,   Patricia A. Toner,   231 Farleigh Ct,   Langhorne, PA 19047-1653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
         JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com
         JOHN L. MCCLAIN    on behalf of Joint Debtor Patricia A. Toner aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Debtor Jeffrey J. Toner aaamcclain@aol.com,  edpabankcourt@aol.com
         MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
         MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com
         REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                                                                     TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Toner, Jeffrey J.          : Chapter 13
    Toner, Patricia A.
        Debtors              : 18-14632

## ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

AND NOW, this 28th day of August 2018, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

Debtor is authorized to employ Broker Century 21 Advantage Gold by its designated licensee and realtor, Brian Hodges for the purpose of selling their property located at 231 Farleigh Ctt., Langhorne, PA 19047.

BY THE COURT

Dated: August 28, 2018

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Toner, Jeffrey J.
Toner, Patricia A.
231 Farleigh Ct
Langhorne, PA 19047

Century 21 Advantage Gold
Brian Hodges. Realtor
494 Second Street Pike
Southampton, PA 18966

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106