**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|    Toner, Jeffrey J. | : |
|    Toner, Patricia A. | : 18-14632 |
|       Debtors | : |

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK OF THE COURT:

     The Debtors through and by their counsel, John L. McClain hereby requests the court kindly change the Debtors' address in the above captioned matter.  The Debtors' old address was:

231 Farleigh Court
Langhorne, PA 19047

Debtors' new address is:

1428 Atterbury Way
Bensalem PA 19020

Date:  September 13, 2018

<u>"/s/"Mitchell J. Prince</u>
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys Debtors
John L. McClain & Associates
P.O. Box 123
Narberth, PA 19072
(215) 893-9357