# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13
    Toner, Jeffrey J.
    Toner, Patricia A.
        Debtors                          :    18-14632

## ORDER

AND NOW, this 2nd day of April, 2019, upon consideration of the Debtors' objection, notice and hearing, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The objection is sustained.

2. Claim No. 3 filed by MERRICK BANK is disallowed and stricken from the Debtor Claims Register.

Date:

_Magdeline D. C_____
United States Bankruptcy Judge

Copy to:

John L. McClain, Esquire
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

MERRICK BANK
c/o Resurgent Capital Services
P.O. Box 10368
Greenvillle, SC 29603-0368
ATTN: David Lamb
(Per Proof of Claim filed)