United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey J. Toner
Patricia A. Toner
       Debtors

Case No. 18-14632-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Apr 03, 2019
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
```
db/jdb         +Jeffrey J. Toner,    Patricia A. Toner,    1428 Atterbury Way,    Bensalem, PA 19020-3836
14164695        Pinnacle Credit Services, LLC its succes,    assigns as assignee of CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:
```
              JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York
               as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The
               Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Patricia A. Toner aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Jeffrey J. Toner aaamcclain@aol.com,    edpabankcourt@aol.com
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York
               as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The
               Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Toner, Jeffrey J.
    Toner, Patricia A.
        Debtors : 18-14632

## ORDER

AND NOW, this 2nd day of April, 2019, upon consideration of the Debtors' objection, notice and hearing, it is hereby ORDERED, ADJUDGED AND DECREED:

    1. The objection is sustained.

    2. Claim No. 4 filed by PINNACLE Credit Services,LLC is disallowed and stricken from the Debtor Claims Register.

Date:

_Magdeline D. Co_____
United States Bankruptcy Judge

Copy to:

John L. McClain, Esquire
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

PINNACLE Credit Services,LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenvillle, SC 29603-0587
ATTN: David Lamb
(Per Proof of Claim filed)