United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey J. Toner  
Patricia A. Toner  
       Debtors

Case No. 18-14632-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: May 30, 2019  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.  
jdb          #+Patricia A. Toner,    231 Farleigh Ct,    Langhorne, PA 19047-1653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:
           JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com  
           JOHN L. MCCLAIN    on behalf of Joint Debtor Patricia A. Toner aaamcclain@aol.com, edpabankcourt@aol.com  
           JOHN L. MCCLAIN    on behalf of Debtor Jeffrey J. Toner aaamcclain@aol.com,   edpabankcourt@aol.com  
           MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com  
           MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
   Toner, Jeffrey J.
   Toner, Patricia A.
        Debtors                                         : 18-14632

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this  22nd  day of ___May___, 2019, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $12,500.00 and $92.30 in expenses are **ALLOWED,** and the unpaid balance of $12,000.00 and $92.30 shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_Magdeline D. Coleman_
_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Toner, Jeffrey J. Toner, Patricia A.
1428 Atterbury Way
Bensalem PA 19020