United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-14632-mdc
Jeffrey J. Toner                                                    Chapter 13
Patricia A. Toner
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: DonnaR                 Page 1 of 2              Date Rcvd: Sep 16, 2020
                               Form ID: 138NEW              Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
```
db           +Jeffrey J. Toner,    1428 Atterbury Way,    Bensalem, PA 19020-3836
jdb         #+Patricia A. Toner,    231 Farleigh Ct,    Langhorne, PA 19047-1653
14164675    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14164677     +BUCKS CTY WATER AND SEWER AUTHORITY,     P.O. BOX 3333,    Harleysville, PA 19438-0900
14181598      GLHEC & Aff obo USAF,    PO Box 8961,    Madison WI 53708-8961
14164686     +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14164687     +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
14164688     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14164689      Navient Solutions, LLC. on behalf of,    Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,
               Wilkes Barre, PA 18773-9430
14164690     +Northland Group Inc.,    P.O. Box 390846,    Minn,, MN 55439-0846
14164697     +Stuart-Lippman and associates,    5447 E. 5th street, Suite 110,    Tucson, AZ 85711-2345
14188651      The Bank of New York Mellon, Et.al.,     OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,
               P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14164700      The Bank of New York Mellon, et al,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,
               P.O. Box 24605,    West Palm Beach, FL 33416-4605
14164701     +United Rev,    PO Box 1184,    Langhorne, PA 19047-6184
14164702      Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:26     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2020 05:27:15     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14164674     +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Sep 17 2020 05:27:55
               BERKS CREDIT & COLLECTION,    P.O. BO 383,    TEMPLE, PA 19560-0383
14164676     +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Sep 17 2020 05:27:45
               Bridgecrest Credit Company, LLC,    PO Box 29018,    Phoenix, AZ 85038-9018
14164678     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 05:22:02     Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
14187502      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 05:21:39     Capital One, N.A.,
               PO Box 71083,    Charlotte, NC  28272-1083
14164680     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 17 2020 05:21:59     Cardworks/ CW Nexus,
               PO Box 9201,    Old Bethpage, NY 11804-9001
14164682     +E-mail/Text: documentfiling@lciinc.com Sep 17 2020 05:20:45     Comcast Cable,    PO Box 3002,
               Southeastern, PA 19398-3002
14164683     +E-mail/Text: bankruptcynotices@dcicollect.com Sep 17 2020 05:27:47
               Diversified Consultants, Inc.,    P.O. Box 551268,    Jacksonville, FL 32255-1268
14164684     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 17 2020 05:20:58     IRS,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
14254051      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2020 05:27:05     Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
14164681      E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 17 2020 05:21:36     Chase,    PO Box 15298,
               Wilmington, De 19850
14183236      E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 17 2020 05:21:41     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14164692     +E-mail/Text: bankruptcygroup@peco-energy.com Sep 17 2020 05:21:05     PECO,    PO Box 37629,
               Philadelphia, PA 19101-0629
14164696      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2020 05:21:24
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14164693      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2020 05:26:41
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
14164694     +E-mail/Text: nod.referrals@fedphe.com Sep 17 2020 05:20:54     Phelan, Hallinan & Schmieg, LLP,
               1617 JFK Boulevard, Ste 1400,    Philadelphia, PA 19103-1814
14164695      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 05:21:46
               Pinnacle Credit Services, LLC its succes,    assigns as assignee of CACH, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14183258      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 05:21:26
               Pinnacle Credit Services, LLC its successors and,    assigns as assignee of CACH, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14164698     +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 05:21:14     Syncb/gap,    Po Box 965005,
               Orlando, FL 32896-5005
14164699     +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 05:21:15     Syncb/lord & Tay,    Po Box 965015,
               Orlando, FL 32896-5015
                                                                                              TOTAL: 21
```

```
District/off: 0313-2           User: DonnaR                Page 2 of 2            Date Rcvd: Sep 16, 2020
                               Form ID: 138NEW             Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14164679          Capital One
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                    Harrisburg, PA  17128-0946
14200605*        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14164691*        +Patricia A. Toner,    231 Farleigh Ct,    Langhorne, PA 19047-1653
14164685        ##+Jeffrey J. Toner,    231 Farleigh Ct,    Langhorne, PA 19047-1653
                                                                                             TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York
               as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The
               Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Patricia A. Toner aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Jeffrey J. Toner aaamcclain@aol.com,   edpabankcourt@aol.com
              MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York
               as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The
               Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jeffrey J. Toner and Patricia A. Toner
      Debtor(s)

Bankruptcy No: 18–14632–mdc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                      For The Court
                                      Timothy B. McGrath
                                      Clerk of Court

Dated: 9/16/20

                                                          85 – 84
                                                   Form 138_new