United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14632-mdc |
| Jeffrey J. Toner | Chapter 13 |
| Patricia A. Toner | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: DonnaR | Page 1 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: 212 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey J. Toner, 1428 Atterbury Way, Bensalem, PA 19020-3836 |
| jdb | #+ | Patricia A. Toner, 231 Farleigh Ct, Langhorne, PA 19047-1653 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com |
| John L. McClain | on behalf of Joint Debtor Patricia A. Toner aaamcclain@aol.com  edpabankcourt@aol.com |
| John L. McClain | on behalf of Debtor Jeffrey J. Toner aaamcclain@aol.com  edpabankcourt@aol.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: DonnaR | Page 2 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: 212 | Total Noticed: 2 |

MARIO J. HANYON
    on behalf of Creditor The Bank Of New York Mellon et al paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                         Chapter: 13

    Jeffrey J. Toner and Patricia A. Toner

Debtor(s)                                               Case No: 18−14632−mdc

---

*ORDER*

      AND NOW, 10/7/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

      ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

      ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                     For The Court

                                                                     Magdeline D. Coleman

                                                                     Chief Judge ,United States
                                                                     Bankruptcy Court