United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jeffrey J. Toner  
Patricia A. Toner  
    Debtor(s)

Case No. 18-14632-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 2  
Date Rcvd: Oct 23, 2020    Form ID: 195    Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey J. Toner, 1428 Atterbury Way, Bensalem, PA 19020-3836 |
| jdb | #+ | Patricia A. Toner, 231 Farleigh Ct, Langhorne, PA 19047-1653 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

**Name**      **Email Address**

JEROME B. BLANK  
    on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com

JOHN L. MCCLAIN  
    on behalf of Joint Debtor Patricia A. Toner aaamcclain@aol.com  edpabankcourt@aol.com

JOHN L. MCCLAIN  
    on behalf of Debtor Jeffrey J. Toner aaamcclain@aol.com  edpabankcourt@aol.com

| District/off: 0313-2 | User: DonnaR | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 195 | Total Noticed: 2 |

MARIO J. HANYON
    on behalf of Creditor The Bank Of New York Mellon et al paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for The Registered Holders of Abfs Mortgage Loan Trust 2002-3, M paeb@fedphe.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Jeffrey J. Toner and Patricia A. Toner : Case No. 18−14632−mdc

    Debtor(s)

### ORDER
_____

    AND NOW, this day , October 20, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

91
Form 195